```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CHRISTINE ADAMS,                                                  :
:
:
Plaintiff,                                :
:                    22-cv-10958 (LJL)
-v-                                                               :
:                         ORDER
:
METROPOLITAN TRANSPORTATION AUTHORITY, :
THE LONG ISLAND RAIL ROAD COMPANY, and                            :
NATIONAL RAILROAD PASSENGER                                       :
CORPORATION,                                                      :
:
Defendants.                               :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     The parties' discovery requests, Dkt. Nos. 18–19, are resolved as stated at the conference held on February 7, 2024.  The parties shall file a joint letter by February 14, 2024, indicating whether this case should be referred to a magistrate judge for settlement discussions, to the Southern District's mediation program, or neither.  The deadline for the conclusion of discovery is hereby extended until March 18, 2024.  The Court will hold a post-discovery status teleconference on April 4, 2024 at 4 P.M.  Any motions for summary judgment shall be filed on or before April 12, 2024.  The joint pretrial order, motions in limine, proposed voir dire, and requests to charge shall be due August 30, 2024.  Any oppositions to the motions in limine, proposed voir dire, and requests to charge shall be due September 6, 2024.  Trial will begin in this case on September 16, 2024.

     SO ORDERED.

Dated: February 7, 2024
       New York, New York                            _____
                                                                 LEWIS J. LIMAN
                                                          United States District Judge